IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AVA RIVERA**, <br><br> Plaintiff, <br><br> *v.* <br><br> **CVS PHARMACY**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 23-4799-KSM** |

## ORDER

**AND NOW**, this 5th day of November, 2024, upon consideration of Defendant CVS Pharmacy's ("CVS") motion for summary judgment (Doc. No. 20) and Plaintiff Ava Rivera's opposition brief (Doc. No. 21), it is **ORDERED** that CVS's motion is **GRANTED**, and **JUDGMENT** is entered in favor of CVS as to all claims. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

                                             */s/ Karen Spencer Marston*
                                             KAREN SPENCER MARSTON, J.